# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1642

_____

Muhammad Jalal-Deem Akbar,     *
                                       *

         Appellant,         *

                                       *  Appeal from the United States

     v.                        *  District Court for the
                                       *  District of Minnesota.

Warden Brian Jett,             *

                                       *  [UNPUBLISHED]

         Appellee.         *

_____

Submitted: June 29, 2011
Filed: July 5, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate Muhammad Jalal-Deem Akbar appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition for a writ of habeas corpus. Upon careful review, we conclude that Akbar was not entitled to habeas relief for the reasons relied upon by the district court. See Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam) (standard of review). Accordingly, the judgment is

___

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, then United States Magistrate Judge for the District of Minnesota, now United States District Judge.

affirmed.  <u>See</u> 8th Cir. R. 47B.  We also deny Akbar's motion for release and motion to expedite.

_____